IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JANICE WOLK GRENADIER, ) <br> ) <br> Plaintiff, ) <br> V. ) <br> ) <br> OCWEN LOAN SERVICING, LLC. ) <br> et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:17CV925 |

### ORDER

This matter comes before the Court on the pro se Plaintiff's Motion for Judge Hilton's Recusal. It appearing to the Court that a conflict exists, and therefore the Plaintiff's Motion is well taken, it is hereby

ORDERED that this case shall be reassigned to a district judge of this Court.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
~~October~~ November 1, 2017