Janice Wolk Grenadier
15 W. Spring St.
Alexandria, VA 22301
jwgrenadier@gmail.com
202-368-7178

FILED

2017 NOV -8 P 3: 18

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

November 8, 2017

Judge Anthony J. Trenga
USDC of Eastern Division Alexandria
401 Courthouse Square
Alexandria, VA 22314
703-299-2113

RE: Case No. 1:17 -cv- 819
Case No. 1:17-cv- 925

Dear Judge Trenga,

The above Cases have been re-assigned to you. I would like to share a bit of history in this letter and why I am writing a letter instead of a Motion. I do not feel I should have to write another Motion to get the case Summons sent out.

That the docket is clear (I have not received the Orders) that the Court has removed Judge Hilton and my hearing was moot. The Motions were also for the Summons to be sent out. The Clerk is stating I need to do a Motion - but, I already did that and once again the court only ruled on the part that they wanted to ignoring the parts that would re-instate a case that all "ORDERS" by Hilton are VOID and or VOIDABLE so have no standing. Which means we start at the beginning.

That I was divorced without a Property Settlement in June of 2000. August of 1997 David under the advice of Ilona moving to the basement living his own life staying out all night with his girlfriend, doing only his laundry, cooking for only him and maybe at times the girls. With the Liquidation agreement being done November of 1997 by a lawyer not licensed in Virginia with the knowledgeable intent to STEAL Real Estate and monies from Janice. No different than what Ilona through her law firm had done to Sonia Grenadier.

In or around November of 2006 I had my last lunch at Goodwin House with Henry Thomas prior to his death in February 2007. During our lunch we discussed the thefts of Sonia Grenadier. Henry at that point knowing Ilona was involved in stealing from his best Friend Judge Grenadier's mother was disgusted. He assured me he would have my back in going after the funds for Bellefonte et al. He stated clearly that there was much more I could go after by law by right and we would talk about it. It would be Ilona in trying to Goat me, to intimidate me and harm me physically and mentally to tell me what the other monies were.

It was Ilona in May of 2008 that would state clearly

- "It was not David who stole the money from Sonia though my Office",
- "Me and My family had nothing to do with your Girls due to you raising them Catholic"
- "That the Judge called her all the time for FREE Legal advice you will never win"

1

That after that we would go into the Judges Chambers to have Chief Judge Haddock who had chosen all his friends to be the Judge to state:

- "You will never win, We / I LOVE LOVE LOVE Ilona"

But, it didn't end there Judge Donald Kent by all appearance through Senator Patsy Ticer set me up with his x-wife Martha Kent she would go on to state after hearing about the corruption of the Judges and the courts:

- "Do you know who I am"
- Me "NO"
- "I am Martha Kent x-wife of Judge Donald Kent"
- "Me and My family can not get a Fair Trial either"
- "YOU are no longer one of them - You can not win this"

The problem with all this - I was raised in United States of America that states clearly in the Constitution I get a Fair trial, DUE PROCESS. I have been denied all due Process. I have had 5 attempts on my life, I was in the hospital for 3 days in September for being POISONED and illegally jailed and tortured, Cars tampered with, my Computer's, e-mail, websites, phone et al have been hacked and I have been shadowed by all appearance by Ilona and her "GANG" for years. With nowhere to go for help - because I am poor / & not one of them - Ilona made sure of that.

Ilona's "GANG" member Loretta Lax Miller was allowed to file a slanderous statement while I was denied all filings and any open court hearings. Here I see another member of her "GANG" DiMuroGinsberg allowed an open hearing libel and slandering me for looking for JUSTICE.

That, as stated above Ilona in trying to intimidate me et al - gave me the clues of where to look for the information I needed to cleared of any Extortion Charge in 2009 as the documents stated clearly the money is owed to me by law by right of Equitable Distribution in a divorce et al. I have been denied all and any discovery and subpoenas in these courts.

That the State of Virginia Judiciary is a Mafia Style Judiciary where one can not get a fair trial unless you can buy It with the right lawyers or the "Old Boys Network". That is why I entered the Federal System. President Donald J. Trump stated clearly our Courts are Broken.

What I am looking for with this letter is the IFP completely approved (not one lawyer I have asked has ever heard of a ½ way or partial approval) and the Summons sent as should have been done under Judge Hilton. The subpoenas signed for a fair hearing on December 1, 2017.

Warmly,

Janice Wolk Grenadier

Cc: . Ilona Grenadier Heckman, David Mark Grenadier, Erika Ely Lewis, Timberlake Lewis, Grenadier Starace Duffett & Levi PC, DiMuroGinsberg, Michael Weiser, Troutman Sanders aka Mays & Valentine, Parker, Simon & Kokolis LLC, ALPS Insurance, et al . OCWEN LOAN SERVICING LLC (OCWEN), MCCABE WEISBERG CONWAY PC (MWC) .Surety Trustees LLC Aka McCabe Weisberg Conway LLC, Abby Moynihan, Troutman Sanders, Mohsin Reza.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

Janice Wolk Grenadier
_____
Plaintiff(s),

Owen et al v.
Flora Ely Grenadier Hedeman et al
_____
Defendant(s).

Civil Action Number: _____
1:17-CV-819
1:17-CV-925

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of __Letter__.
(Title of Document)

Janice Wolk Grenadier
Name of *Pro Se* Party (Print or Type)

_[signature]_
Signature of *Pro Se* Party

Executed on: Nov 8, 2017 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)